ANNA R. McGRATH, respondent,

*v.*

WILLIAM F. NORCROSS, appellant.

[Argued July 1st, 1913. Decided November 17th, 1913.]

On appeal from an order of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *78 N. J. Eq. (8 Buch.) 120.*

*Mr. Thomas E. French,* for the appellant.

*Messrs. Collins & Corbin,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, VREDEN-BURGH, CONGDON, WHITE, TERHUNE, HEPPENHEIMER—13.

*For reversal*—None.